UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-94-1BO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALBURY FRANCIS | ) | |
| (AKA: ALVURY FRANCIS) | ) | |

Upon motion of the Defendant, and with the concurrence of the United States of America, for an Order to seal document number 16.

So ORDERED this, the ___9___ day of February, 2012.

TERRENCE W. BOYLE
United States District Judge