UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-94-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALBURY FRANCIS | ) | |
| (AKA: ALVURY FRANCIS) | ) | |

Upon motion of the defendant, and with the concurrence of the United States of America, for an Order to seal document number 28.

So ORDERED this, the 24 day of July, 2012.

TERRENCE W. BOYLE
United States District Judge